UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHN LE,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>               Defendant. | Case No. SACV 09-976 AHM(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

       Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

       IT IS HEREBY ORDERED that: (1) the decision of the Commissioner of Social Security is affirmed; and (2) Judgment be entered accordingly.

///

///

///

///

///

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment, on the counsel for the parties.

DATED: September 23, 2011

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE