UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHN LE,<br><br>              Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>             Defendant. | Case No. SACV 09-976 AHM(JC)<br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: September 23, 2011

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**